**Order entered November 20, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00925-CV

### WILLIE COPELAND, Appellant

### V.

### COPELAND CONCRETE & CONTRACTING, INC., EUGENE WALKER, JR., AND ELSA NIEVES BROWN, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07548**

## ORDER

Although we ordered court reporter Sheretta Martin to file the reporter's record no later than November 3, 2017, the reporter's record has not been filed. Accordingly, we again **ORDER** Ms. Martin to file the record. The record shall be filed **no later than December 4, 2017**.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Craig Smith, Presiding Judge of the 192nd Judicial District Court; Ms. Martin; and the parties.

/s/     CRAIG STODDART
        JUSTICE